NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERBE ELEKTROMEDIZIN GMBH and ERBE USA, INC.,**
*Plaintiffs-Appellants,*

**and**

**CONMED CORPORATION,**
*Plaintiff-Appellee,*

**v.**

**CANADY TECHNOLOGY LLC and DR. JEROME CANADY,**
*Defendants-Cross Appellants.*

---

2008-1425, -1426

---

Appeals from the United States District Court for the Western District of Pennsylvania in case no. 05-Cv-1674, *Chief Judge* Donetta W. Ambrose.

---

# ORDER

Upon consideration of the notice of lifting of the automatic stay, as provided in the April 30, 2010 order of the United States Bankruptcy Court for the Middle District of Florida,

IT IS ORDERED THAT:

The bankruptcy stay in this case is lifted and the case is ready for assignment to an argument calendar.

FOR THE COURT

__JUN 1 6 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Philip G. Hampton, II, Esq.
John G. Powers, Esq.
Timothy Robert Dewitt, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 6 2010

JAN HORBALY
CLERK